UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELLIS HUBBARD III, *individually, and on behalf of those similarly situated*,<br><br>      Plaintiff,<br><br>      v.<br><br>GOLDSCHMITT & ASSOCIATES, LLC,<br><br>      Defendant. | Civil Action No. 1:25-cv-00812 |

## DEFENDANT GOLDSCHMITT AND ASSOCIATES, LLC'S
## NOTICE OF HEARING

Defendant Goldschmitt and Associates, LLC, in accordance with Local Civil Rule 7 and Rule 16(B), respectfully requests that a hearing on its Motion to Dismiss Plaintiff's First Amended Class Action Complaint be scheduled for June 3, 2026 at 10:00 a.m. or at a time as directed by this Court.

Dated:  April 29, 2026

Respectfully submitted,

*/s/ Yvette V. Gatling*

Yvette V. Gatling, Bar No. 92824
ygatling@littler.com
Michael Scott McIntosh, Bar No. 83416
mmcintosh@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
Telephone:    703.286.3143
Facsimile:    703.842.8211

Adriana H. Foreman*
aforeman@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue, 8th Floor
New York, NY 10022
Telephone:    212.583.9600

*Admitted pro hac vice

*Counsel for Defendant Goldschmitt and Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th of April 2026, a copy of the foregoing was served using the Court

CM/ECF service on the following counsel of record:

J. Gerard Stranch, IV
Michael C. Tackeff
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
miadevaia@stranchlaw.com


Devon J. Munro
**MUNRO BYRD, P.C.**
120 Day Ave. SW, Suite 100
Roanoke, VA 24016
dmunro@trialsva.com


*/s/ Yvette V. Gatling*
Yvette V. Gatling