UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELLIS HUBBARD III, *individually and on behalf of those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>GOLDSCHMITT & ASSOCIATES, LLC,<br><br>Defendant. | Case No. 1:25-cv-812<br><br>Judge Alston<br>Magistrate Judge Porter |

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO EXTEND DEADLINES TO RESPOND TO MOTION TO DISMISS

This matter comes before the Court on the Plaintiff's request to modify the briefing deadlines related to Defendant's Motion to Dismiss. For good cause shown, it is hereby **ORDERED** as follows:

1. Plaintiff's deadline to respond to Defendant's Motion to Dismiss is reset from May 13, 2026, to May 27, 2026.

2. Defendant's deadline to file a reply in support of its Motion to Dismiss is extended from May 19, 2026, to June 10, 2026.

IT IS SO ORDERED.

DATED:

*May 7, 2026*

BY THE COURT:

*[signature]*

USDC, EDVA

1